AUSA: William Orr          Telephone: (989) 895-5712
Special Agent: Wade        Telephone: (810) 341-5710

AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No.   1:23-mc-51662 -1
2541 Baldwin Street, Saginaw, Michigan )            Judge: Ludington, Thomas L.
) Filed: 11-28-2023
)

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ Eastern _____ District of _____ Michigan _____.
*(identify the person or describe the property to be searched and give its location):*

See ATTACHMENT A.

> I hereby certify that the foregoing is a certified copy of the original on file in this office.
>
> **Clerk, U.S. District Court**
> **Eastern District of Michigan**
>
> By: *s/ Kristen Castaneda*
>        Deputy

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See ATTACHMENT B.     Violation of:
21 U.S.C. §§ 841(a)(1)  Possession with intent to distribute a controlled substance

**YOU ARE COMMANDED** to execute this warrant on or before   December 12, 2023   *(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to  the presiding United States Magistrate Judge on duty  .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:     November 28, 2023   11:23 am

*Judge's signature*

City and state:   Bay City, Michigan          Patricia T. Morris,          U. S. Magistrate Judge
*Printed name and title*

# ATTACHMENT A

Location to Be Searched

2541 Baldwin Street Saginaw, Michigan (the "Subject Property"), is a single-story, single-family residence, which is located at **2541 Baldwin Street, Saginaw, MI 48601.** 2541 Baldwin's structure is the located on the north side of Baldwin Street and is the third house to the east of South 23rd Street. The main front door to 2541 Baldwin Street is located on the south side of the residence. The numbers "2541" are black in color over a white background, and they are located on the east side of the black mailbox at the end of the driveway of the residence. The driveway to 2541 Baldwin Street is located on the west side of the residence, and it runs north to south from the roadway of Baldwin Street to the exterior garage which is located to the northwest of the residence of 2541 Baldwin Street.



## ATTACHMENT B

a.  Any and all illegal controlled substances including but not limited to crystal methamphetamine;

b.  Any and all proceeds derived from the sale and or distribution of controlled substances;

c.  Any and all equipment, paraphernalia, packaging materials and or items related to the obtaining, manufacturing, preparation, sale and or distribution of illegal and or non-prescribed controlled substances (including but not limited to scales, cutting/diluting agents, grinders, microwave ovens, and plastic baggies) and or use of illegal and or non-prescribed controlled substances;

d.  Any and all electronic and or digital communication devices including but not limited to cellular telephones and or other means of electronic or digital communication and all associated hardware, software and manuals and the contents of any such devices

e.  Any and all electronic devices designed to process and or store data or information and or transmit data or information (including but not limited to computers, GPS devices, "flash" or "thumb" drives, CD's, DVD's, external hard drives, all associated hardware, software and manuals) to include the contents of any such devices;

f.  Any and all records relating to the obtaining, manufacturing, processing, compounding, sale and or distribution of controlled substances whether in written form or otherwise;

g.  Any and all photographs or video or electronic or digital depictions of controlled substances and or of proceeds derived from the sale or distribution of controlled substances and or of persons and or places involved in the obtaining, manufacture, processing, compounding, sale, distribution and or use of controlled substances and or of firearms and or equipment used or intended to be used in the obtaining, manufacture, processing, compounding, sale and or distribution of controlled substances;

h. Any and all financial records including but not limited to tax returns and associated records, bank and or credit union and or financial institution records, credit and or debit card records, checks, check registers, wire transfers, loan documents, and rental or leasing agreement records;

i. Any and all firearms, ammunition, and or any documents indicating the possession, sale, receipt, purchase or barter for items in exchange for firearms or property, specifically ammunition packaging, containers, labels, receipts, and other items pertaining to the possession of firearms, including gun cases, ammunition magazines, holsters, spare parts for firearms, firearms cleaning equipment, photographs of firearms or of persons in possession of firearms, and receipts for the purchase and/or repair of all these items.

j. Any and all prerecorded buy funds from law enforcement utilized during controlled purchases of narcotics and firearms.

k. Any and all records that establish the persons who have control, possession, custody or dominion over the location where evidence is located.

l. Any and all records of the above evidence may include electronic records, or records in any form such as audio recordings, video recordings, memoranda, correspondence, diaries, maps, notes, address books, day planners, calendars, appointment books, newspaper clippings, articles, books, storage agreements and bills, storage locker keys, asset ownership records, journals, ledgers, financials, budgets, proposals, plans, contracts, agreements, bills of sale, delivery records, invoices, receipts, documentation of conveyances, deeds, and other papers.

m. Any and all items of personal property which tend to identify the person(s) in residence, occupancy, control or ownership of the premises that is the subject of this warrant, including but not limited to cancelled mail, deeds, leases, rental agreements, photographs, personal telephone books, diaries, utility and telephone bills, statements, identification documents, and keys;

n. Any and all cameras, photographs, memory cards which tend to identify the person(s) in residence, occupancy, control or ownership of the premises in which it was found;

o. Any and all photographs, in any form, of any individuals known to have a felony conviction possessing firearms, ammunition, and other dangerous

4

weapons;

p. Cellular telephones and cellular telephone records.

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>774040·24·0007 | Date and time warrant executed:<br>11-29-2023    1320 | Copy of warrant and inventory left with:<br>James CARTER |
| Inventory made in the presence of :<br>JAMES CARTER | | |
| Inventory of the property taken and name of any person(s) seized: | | |

See tabulation

| Certification |
|---|

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11·29·23

_____
*Executing officer's signature*

Paul Wade ,  Special Agent
*Printed name and title*

# ATF Evidence Log

**Case #:**

Date/Time: _____

Address: _____

Location/Name: _____

Other: _____

Team Leader: _____

Photographer: _____

Schematic Artist: _____

Other: _____

## Property Seized

| Item # | NForce # | Photo # | Description (e.g., Quantity, Type, Caliber, Importer, Markings, Color, Headstamp, Value, etc.): | Finder: |
|---|---|---|---|---|
| **Make/Model:** | | | **Serial/Unique #:** | **Location Found:** |

| Item # | NForce # | Photo # | Description (e.g., Quantity, Type, Caliber, Importer, Markings, Color, Headstamp, Value, etc.): | Finder: |
|---|---|---|---|---|
| **Make/Model:** | | | **Serial/Unique #:** | **Location Found:** |

| Item # | NForce # | Photo # | Description (e.g., Quantity, Type, Caliber, Importer, Markings, Color, Headstamp, Value, etc.): | Finder: |
|---|---|---|---|---|
| **Make/Model:** | | | **Serial/Unique #:** | **Location Found:** |

| Item # | NForce # | Photo # | Description (e.g., Quantity, Type, Caliber, Importer, Markings, Color, Headstamp, Value, etc.): | Finder: |
|---|---|---|---|---|
| **Make/Model:** | | | **Serial/Unique #:** | **Location Found:** |

| Item # | NForce # | Photo # | Description (e.g., Quantity, Type, Caliber, Importer, Markings, Color, Headstamp, Value, etc.): | Finder: |
|---|---|---|---|---|
| **Make/Model:** | | | **Serial/Unique #:** | **Location Found:** |

| Item # | NForce # | Photo # | Description (e.g., Quantity, Type, Caliber, Importer, Markings, Color, Headstamp, Value, etc.): | Finder: |
|---|---|---|---|---|
| **Make/Model:** | | | **Serial/Unique #:** | **Location Found:** |

| Item # | NForce # | Photo # | Description (e.g., Quantity, Type, Caliber, Importer, Markings, Color, Headstamp, Value, etc.): | Finder: |
|---|---|---|---|---|
| **Make/Model:** | | | **Serial/Unique #:** | **Location Found:** |

| Item # | NForce # | Photo # | Description (e.g., Quantity, Type, Caliber, Importer, Markings, Color, Headstamp, Value, etc.): | Finder: |
|---|---|---|---|---|
| **Make/Model:** | | | **Serial/Unique #:** | **Location Found:** |

| Item # | NForce # | Photo # | Description (e.g., Quantity, Type, Caliber, Importer, Markings, Color, Headstamp, Value, etc.): | Finder: |
|---|---|---|---|---|
| **Make/Model:** | | | **Serial/Unique #:** | **Location Found:** |

| Item # | NForce # | Photo # | Description (e.g., Quantity, Type, Caliber, Importer, Markings, Color, Headstamp, Value, etc.): | Finder: |
|---|---|---|---|---|
| **Make/Model:** | | | **Serial/Unique #:** | **Location Found:** |

| Item # | NForce # | Photo # | Description (e.g., Quantity, Type, Caliber, Importer, Markings, Color, Headstamp, Value, etc.): | Finder: |
|---|---|---|---|---|
| **Make/Model:** | | | **Serial/Unique #:** | **Location Found:** |

Evidence Tech: _____   Signature: _____   Page: _____ of _____

# ATF Evidence Log

Case #: _____

Date/Time: _____

Address: _____

Location/Name: _____

Other: _____

Team Leader: _____

Photographer: _____

Schematic Artist: _____

Other: _____

## Property Seized

| Item # | NForce # | Photo # | Description (e.g., Quantity, Type, Caliber, Importer, Markings, Color, Headstamp, Value, etc.): | | Finder: |
|---|---|---|---|---|---|
| Make/Model: | | | Serial/Unique #: | Location Found: | |
| Item # | NForce # | Photo # | Description (e.g., Quantity, Type, Caliber, Importer, Markings, Color, Headstamp, Value, etc.): | | Finder: |
| Make/Model: | | | Serial/Unique #: | Location Found: | |
| Item # | NForce # | Photo # | Description (e.g., Quantity, Type, Caliber, Importer, Markings, Color, Headstamp, Value, etc.): | | Finder: |
| Make/Model: | | | Serial/Unique #: | Location Found: | |
| Item # | NForce # | Photo # | Description (e.g., Quantity, Type, Caliber, Importer, Markings, Color, Headstamp, Value, etc.): | | Finder: |
| Make/Model: | | | Serial/Unique #: | Location Found: | |
| Item # | NForce # | Photo # | Description (e.g., Quantity, Type, Caliber, Importer, Markings, Color, Headstamp, Value, etc.): | | Finder: |
| Make/Model: | | | Serial/Unique #: | Location Found: | |
| Item # | NForce # | Photo # | Description (e.g., Quantity, Type, Caliber, Importer, Markings, Color, Headstamp, Value, etc.): | | Finder: |
| Make/Model: | | | Serial/Unique #: | Location Found: | |
| Item # | NForce # | Photo # | Description (e.g., Quantity, Type, Caliber, Importer, Markings, Color, Headstamp, Value, etc.): | | Finder: |
| Make/Model: | | | Serial/Unique #: | Location Found: | |
| Item # | NForce # | Photo # | Description (e.g., Quantity, Type, Caliber, Importer, Markings, Color, Headstamp, Value, etc.): | | Finder: |
| Make/Model: | | | Serial/Unique #: | Location Found: | |
| Item # | NForce # | Photo # | Description (e.g., Quantity, Type, Caliber, Importer, Markings, Color, Headstamp, Value, etc.): | | Finder: |
| Make/Model: | | | Serial/Unique #: | Location Found: | |
| Item # | NForce # | Photo # | Description (e.g., Quantity, Type, Caliber, Importer, Markings, Color, Headstamp, Value, etc.): | | Finder: |
| Make/Model: | | | Serial/Unique #: | Location Found: | |
| Item # | NForce # | Photo # | Description (e.g., Quantity, Type, Caliber, Importer, Markings, Color, Headstamp, Value, etc.): | | Finder: |
| Make/Model: | | | Serial/Unique #: | Location Found: | |

Evidence Tech: _____  Signature: _____  Page: ____ of ____

# ATF Evidence Log

**Case #:**

Date/Time: _____

Address: _____

Location/Name: _____

Other: _____

Team Leader: _____

Photographer: _____

Schematic Artist: _____

Other: _____

## Property Seized

| Item # | NForce # | Photo # | Description (e.g., Quantity, Type, Caliber, Importer, Markings, Color, Headstamp, Value, etc.): | | Finder: |
|---|---|---|---|---|---|
| **Make/Model:** | | | **Serial/Unique #:** | **Location Found:** | |
| Item # | NForce # | Photo # | Description (e.g., Quantity, Type, Caliber, Importer, Markings, Color, Headstamp, Value, etc.): | | Finder: |
| **Make/Model:** | | | **Serial/Unique #:** | **Location Found:** | |
| Item # | NForce # | Photo # | Description (e.g., Quantity, Type, Caliber, Importer, Markings, Color, Headstamp, Value, etc.): | | Finder: |
| **Make/Model:** | | | **Serial/Unique #:** | **Location Found:** | |
| Item # | NForce # | Photo # | Description (e.g., Quantity, Type, Caliber, Importer, Markings, Color, Headstamp, Value, etc.): | | Finder: |
| **Make/Model:** | | | **Serial/Unique #:** | **Location Found:** | |
| Item # | NForce # | Photo # | Description (e.g., Quantity, Type, Caliber, Importer, Markings, Color, Headstamp, Value, etc.): | | Finder: |
| **Make/Model:** | | | **Serial/Unique #:** | **Location Found:** | |
| Item # | NForce # | Photo # | Description (e.g., Quantity, Type, Caliber, Importer, Markings, Color, Headstamp, Value, etc.): | | Finder: |
| **Make/Model:** | | | **Serial/Unique #:** | **Location Found:** | |
| Item # | NForce # | Photo # | Description (e.g., Quantity, Type, Caliber, Importer, Markings, Color, Headstamp, Value, etc.): | | Finder: |
| **Make/Model:** | | | **Serial/Unique #:** | **Location Found:** | |
| Item # | NForce # | Photo # | Description (e.g., Quantity, Type, Caliber, Importer, Markings, Color, Headstamp, Value, etc.): | | Finder: |
| **Make/Model:** | | | **Serial/Unique #:** | **Location Found:** | |
| Item # | NForce # | Photo # | Description (e.g., Quantity, Type, Caliber, Importer, Markings, Color, Headstamp, Value, etc.): | | Finder: |
| **Make/Model:** | | | **Serial/Unique #:** | **Location Found:** | |
| Item # | NForce # | Photo # | Description (e.g., Quantity, Type, Caliber, Importer, Markings, Color, Headstamp, Value, etc.): | | Finder: |
| **Make/Model:** | | | **Serial/Unique #:** | **Location Found:** | |
| Item # | NForce # | Photo # | Description (e.g., Quantity, Type, Caliber, Importer, Markings, Color, Headstamp, Value, etc.): | | Finder: |
| **Make/Model:** | | | **Serial/Unique #:** | **Location Found:** | |

Evidence Tech: _____   Signature: _____   Page: ____ of ____